THERESA KISH ET AL. *v.* SALO S. COHN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 25671) is denied.

*Peter M. Ryan*, in support of the petition.

*David H. Wrinn*, assistant attorney general, in opposition.

Decided January 3, 2005

ROBERT MISKIMEN ET AL. *v.* HYMAN BIBER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 85 Conn. App. 615 (AC 22879), is denied.

*Ralph J. Monaco*, in support of the petition.

*Lloyd L. Langhammer*, in opposition.

Decided January 20, 2005

THOMAS BRODY *v.* COMMISSIONER OF CORRECTION

The petitioner Thomas Brody's petition for certification for appeal from the Appellate Court, 85 Conn. App. 783 (AC 24522), is denied.

*Mark Diamond*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided January 20, 2005